Yana A. Hart, Esq. (306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Peyman Gravori

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN GRAVORI, Individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIONDESK, LLC,<br><br>Defendant. | Case No. 3:20-cv-00766-AJB-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Plaintiff Peyman Gravori hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREFORE, the parties respectfully request that this Court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: March 9, 2021        **KAZEROUNI LAW GROUP, APC**

                                                  By: *s/ Yana A. Hart*
                                                          Yana A. Hart, Esq.
                                                          *Attorneys for Plaintiff*